STATE OF NEW JERSEY v. KEITH BOWMAN.

June 7, 1988.

Petition for certification denied.

CATHERINE MARTINO v. MICHAEL PELANDIS.

June 7, 1988.

Petition for certification denied.

HERMAN GRASING v. NICHOLAS CAMAROTA.

June 7, 1988.

Petition for certification denied.

SOLANGE BLAU v. UNITED HOSPITALS MEDICAL CENTER.

June 7, 1988.

Petition for certification denied.

HAMILTON TOWNSHIP BOARD OF EDUCATION v. HAMILTON TOWNSHIP ADMINISTRATORS.

June 7, 1988.

Petition for certification denied.